# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140023

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 140023
                                COA: 293598

CHRISTOPHER ALLAN FETTE,
                                Oakland CC: 2009-225665-FH
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 7, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the Court of Appeals October 7, 2009 order. A remand to the Oakland Circuit Court for correction of the July 22, 2009 Order to Remit Prisoner Funds for Fines, Costs and Assessments is unnecessary, because the order accurately provides that the defendant owes a total of $1,080 in costs and assessments, including $180 in state minimum costs, $60 for a crime victim's assessment fee, and $840 in court-appointed attorney fees.

      We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

d0222